# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

**IN THE MATTER OF:**

SONIA I GARCIA VAZQUEZ

**CASE NO.:** 09-04903 SEK

**DEBTOR**

**CHAPTER:** 13

## STATEMENT OF NON-DISCHARGEABLE DEBTS

I (we) __SONIA A GARCIA VAZQUEZ__, hereby certify(ies) under penalty of perjury that:

I have _____    have no _____

Non dischargeable debt(s).

_____ IRS

_____ Income Tax (P.R.)

_____ Child Support

_____ Fed. Student Loans

Date: 4-13-09

_/s/ Sonia I Garcia_
DEBTOR

_____
JOINT DEBTOR